Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for Plaintiffs
KASANDRA W. HERBERT and M. B. H.,
a minor, by and through her Guardian Ad Litem,
OLGA GRABLE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KASANDRA W. HERBERT and M. B. H., a minor, by and through her Guardian Ad Litem, OLGA GRABLE, | ) ) ) ) | CASE NO.: 5:14-cv-00266-SP [Assigned to Magistrate Judge Sheri Pym] |
|---|---|---|
| Plaintiffs, | ) ) | **JOINT STATUS REPORT** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendants. | ) ) ) | *Complaint filed on 10/31/13 Removed to USDC on 2/11/14 Consolidated Complaint: 1/20/17* |

The parties have reached a settlement of this matter, with only remaining item to be the submission and approval of a petition for minor's compromise as Plaintiff, MORENA HERBERT, is a minor.

DATED:  May 18, 2018          SMITH LAW OFFICES, LLP


By   / s / Douglas C. Smith
_____
Douglas C. Smith
Attorneys for Plaintiffs
KASSANDRA W. HERBERT, and
M.B.H., a minor, by and through her
Guardian Ad Litem, OLGA GRABLE

///

///

///

P:\Case Files\P\126(v) Herbert\p-jt.status.rpt.wpd          1

**JOINT STATUS REPORT**

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON
MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

DATED:  May 18, 2018                 / s / Keith M. Staub
                                     Assistant United States Attorney

I herein certify in accordance with Local Rule 5.4.3.4. that all parties have concurred in the contents of the document and have authorized me to so file it.

DATED:  May 18, 2018          SMITH LAW OFFICES, LLP

By   / s / Douglas C. Smith
Douglas C. Smith
Attorneys for Plaintiffs
KASSANDRA W. HERBERT, and
M.B.H., a minor, by and through her
Guardian Ad Litem, OLGA GRABLE

**JOINT STATUS REPORT**