Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for Plaintiffs
KASANDRA W. HERBERT and M. B. H.,
a minor, by and through her Guardian Ad Litem,
OLGA GRABLE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASANDRA W. HERBERT and M. B. H., a minor, by and through her Guardian Ad Litem, OLGA GRABLE, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO.: 5:14-cv-00266-SP [Assigned to Magistrate Judge Sheri Pym] <br><br> **UPDATED STATUS REPORT RE: PETITION FOR MINOR'S COMPROMISE** <br><br> *Complaint filed on 10/31/13* <br> *Removed to USDC on 2/11/14* <br> *Consolidated Complaint: 1/20/17* |

The following status report is provided to the Court to apprise the Court as to when plaintiffs will be filing a Petition for Minor's Compromise for approval by the Court. The petition will be filed within 14 days of today's date. Counsel has been working closely for quite some time with structure settlement professionals both in California and elsewhere with respect to resolving the minor's claims and how any settlement proceeds should be handled. The settlement presents complexities, and required additional research and investigation, due to this being a wrongful birth/wrongful life claim, for which only three states even recognize such a claim, California being one of them. Any

///

///

///

**UPDATED JOINT STATUS REPORT RE: PETITION FOR MINOR'S COMPROMISE**

delay in previously preparing and filing the Petition for Minor's Compromise had to do with these complexities, for which the standard rules do not appear to apply. Counsel appreciates the Court's patience in this regard.

DATED: June 15, 2018                    SMITH LAW OFFICES, LLP

By_____
Douglas C. Smith
Attorneys for Plaintiffs
KASSANDRA W. HERBERT, and
M.B.H., a minor, by and through her
Guardian Ad Litem, OLGA GRABLE

P:\Case Files\P\126(v) Herbert\p-status.rpt02.final.wpd

**UPDATED JOINT STATUS REPORT RE: PETITION FOR MINOR'S COMPROMISE**