Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for Plaintiffs
KASANDRA W. HERBERT and M. B. H.,
a minor, by and through her Guardian Ad Litem,
OLGA GRABLE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASANDRA W. HERBERT and M. B. H., a minor, by and through her Guardian Ad Litem, OLGA GRABLE, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO.: 5:14-cv-00266-SP <br> [Assigned to Magistrate Judge Sheri Pym] <br><br> **PETITION FOR APPROVAL OF MINOR'S COMPROMISE** <br><br> *Complaint filed on 10/31/13* <br> *Removed to USDC on 2/11/14* <br> *Consolidated Complaint: 1/20/17* |

COMES NOW the Petitioner Olga Grable, as Guardian Ad litem on behalf of Minor M.B.H. (hereinafter "Petitioner") and submits this Petition for Approval of the Minor M.B.H.'s portion of the complete and total settlement of claims in the above entitled matter in accordance with the settlement arrived at on May 4, 2018 following Mediation in this matter, and respectfully alleges as follows:

**A.    General Information**

1.    Name of Minor: M.B.H., natural child of plaintiff Kasandra Herbert and Howard Herbert.

Date of Birth: March 17, 2013.

Place of Birth: Weed Army Community Hospital, Fort Irwin, San Bernardino County, California on March 17, 2013.

///

P:\Case Files\P\126(v) Herbert\p-petition.03(minor's comp).wpd                    1

**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

2.    Residence of Minor: Minor M.B.H. resides with her mother, Kasandra Herbert, and her father at 6323 Abercarn Way, Fayetteville, North Carolina, 28311.

3.    Status and residence of Petitioner Olga Grable. 2991 Mountain Road, No. 12, San Bernardino, CA. Said Petitioner is the Court Appointed Guardian ad Litem on behalf of the minor M.B.H.

4.    Place of the incident: San Bernardino County, California.

5.    Date of incident: January 9, 2012 to March 17, 2013.

6.    This Petition was prepared by Doug Smith, Esq. at Smith Law Offices, LLP, representing minor Plaintiff M.B.H. and has been approved and executed by said minor's Guardian Ad Litem Olga Grable. Said counsel hereby represents to the Court that he did not become concerned with this matter at the instance of any party against whom the claim of said minor was asserted and that he has not received, and does not expect to receive, any compensation for his services in connection herewith from any person other than the parties whom he represents as herein stated.

**B.    Governing Law**

7.    This Court's Local Rule 17-1 addresses settlements for minors and provides the mechanism by which Court approval must be sought. Specifically, Local Rule 17-1.2 states that, "[n]o claim in any action involving a minor or incompetent person shall be settled, compromised, or dismissed without leave of the Court embodied in an order, judgment, or decree." Moreover, Local Rule 17-1.4 requires that plaintiff seek and obtain the Court's approval for any attorney's fees sought.

8.    "District courts have a special duty, derived from Federal Rule of Civil Procedure Rule 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). In the context of proposed settlements in suits involving minor plaintiffs, this special duty requires

**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

a district court to "conduct its own inquiry to determine whether the settlement serves the best interests of the minor." *Id*. quoting *Dacanay v. Mendoza*, 573 F.2d 1075, 1080 (9th Cir.1978).  If the net recovery of the minor plaintiff under the proposed settlement is fair and reasonable, the district court should approve the settlement as presented, regardless of the amount the parties agree to designate for attorney's fees. *Robidoux v. Rosengren*, supra, 638 F.3d at 1182.

**C.**     **Overview of Case**

9.     This case involves a medical malpractice (wrongful life and wrongful birth) claim on behalf of plaintiff Kasandra Herbert, and her minor daughter, plaintiff M.B.H., who was born on March 17, 2013 following a failed tubal ligation performed on Kasandra Herbert on January 9, 2012 at Weed Army Hospital in San Bernardino County, California.

**D.**     **Statement of Alleged Facts**

10.     Kasandra Herbert is the wife of Howard B. Herbert, Jr., who serves on active duty with the U.S. Army.  They lived on base at Fort Irwin, California. On January 9, 2012, Mrs. Herbert underwent an elective permanent sterilization procedure (bilateral tubal ligation), performed at Weed Army Community Hospital by Robert Wells, M.D., a physician employed by the United States at the time. The procedure involved closing off the right and left fallopian tubes by application of Filshie clips.  Plaintiffs contended Dr. Wells failed to place the clip correctly on one of the fallopian tubes.  As a result, plaintiff Herbert became pregnant several months after the procedure.  On March 17, 2013, she gave birth to plaintiff M.B.H., by caesarean section.  Plaintiff M.B.H. was born with sickle cell disease.

**E.**     **Settlement Terms**

11.     On May 3, 2018, the parties settled this matter subject to this Court's approval of a minor's compromise.  A true and correct copy of the Settlement Agreement is attached hereto and marked as Exhibit "A."  The total amount of the settlement of this Action is $650,000, payable by check jointly to KASANDRA

**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

W. HERBERT; M.B.H., a minor, through her Guardian Ad Litem, OLGA GRABLE; and SMITH LAW OFFICES, LLP.

12.     Kasandra Herbert's proportionate share of the settlement is to be $250,000 while minor M.B.H.'s proportionate share is to be $400,000.  Smith Law Offices, LLP, as attorneys of record for Kasandra Herbert are entitled to statutorily capped contingency fee of 25 percent of Kasandra Herbert's $250,000 settlement, or $62,500.  Additionally, Smith Law Offices, LLP has incurred costs totaling $37,500.  All costs shall be deducted solely from Kasandra Herbert's $250,000 settlement, and not from M.B.H.'s share.  After reduction for contingency fee and costs, Kasandra Herbert's settlement share is $150,000.

13.     Minor M.B.H.'s proportionate share of the settlement is $400,000.  Smith Law Offices, LLP as attorneys of record for M.B.H. are entitled to statutorily capped contingency fee of 25 percent of M.B.H.'s $400,000 settlement, or $100,000.  No litigation costs will be apportioned against the minor's settlement.  After reduction for contingency fee, M.B.H.'s share is $300,000.

14.     M.B.H.'s $300,000 share shall be deposited into a trust account (Account Number 237039037202 titled The M.B.H. Special Needs Trust for M.B.H., with Bank of America, Fayetteville, N.C., with Kasandra Herbert, Trustee, and said monies to be held in trust pursuant to the M.B.H. Special Needs Trust, dated August 31, 2018, and attached hereto as Exhibit "B."  Said settlement proceeds are to be used for the benefit of M.B.H. in accord with the terms of that trust.

**F.     Petitioner's Request for Approval of Settlement and Distribution of Funds**

15.     Petitioner through the assistance of plaintiffs' counsel, has made a careful and diligent inquiry and investigation to ascertain the facts relating to the incidents described in plaintiffs' Complaint, the responsibility therefore, and the nature, extent, and seriousness of said minor's injuries.  Petitioner fully

P:\Case Files\P\126(v) Herbert\p-petition.03(minor's comp).wpd          4

**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

understands that if the Petition for Minor's Compromise is approved by the Court and is entered, said minor will be forever barred from seeking any further recovery of compensation from the United States and its employees and/or agents, even though said minor's injuries might in the future prove to be more serious than they are now thought to be.

16.    Petitioner hereby recommends and requests this Court's approval of this Petition for Minor's Compromise, as well as the distribution of those funds as set forth in this Petition as being fair, reasonable, and in the best interest of said minor.

17.    Costs incurred or paid in this litigation total $39,101.44, but Smith Law Offices, LLP is reducing those total costs to $37,500 as a discount to clients. A true and correct copy of these costs are attached hereto as Exhibit "C." Moreover, no costs are being deducted from minor M.B.H.'s settlement share, and all are being deducted from Kasandra Herbert's settlement share.

18.    The allowable contingent attorney fee under the FTCA on both claims is 25 percent, or a total of $162,500.  Costs and fees to Smith Law Offices, LLP thus total $200,000.

19.    WHEREFORE, Petitioner prays, as Guardian ad Litem on behalf of the minor M.B.H. that the Court approve the minor's interest in this settlement action and ORDER as follows:

a.    That the United States issue payment in the amount of $650,000 payable by check jointly to KASANDRA W. HERBERT; M.B.H., a minor, through her Guardian Ad Litem, OLGA GRABLE; and SMITH LAW OFFICES, LLP, in accord with the May 3, 2018 settlement.

b.    That from these proceeds, M.B.H.'s proportionate settlement share shall be $400,000, of which $100,000 is to be paid to SMITH LAW OFFICES, LLP for its 25 percent contingency fee.  No litigation costs are to be deducted from the minor's share.

**PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

c.    That M.B.H.'s remaining balance of $300,000 shall be deposited into a certain trust account established for M.B.H. with Bank of America, Fayetteville, North Carolina (Account No. 237039037202) titled The M.B.H. Special Needs Trust, and be held in trust pursuant to that M.B.H. Special Needs Trust, dated August 31, 2018, and attached hereto as Exhibit "A." Said proceeds to be used only for the benefit of M.B.H. in accord with the terms of that trust.

d.    That no bond be required in serving as trustee of such funds.

Respectfully submitted,

DATED: September 10, 2018

_Olga Grable_

OLGA GRABLE, as Guardian ad Litem for Plaintiff M.B.H., a minor

DATED: September 10, 2018

SMITH LAW OFFICES, LLP

By  / s / Douglas C. Smith
Douglas C. Smith
Attorneys for Plaintiffs
KASANDRA W. HERBERT, and
M.B.H., a minor, by and through her
Guardian Ad Litem, OLGA GRABLE