Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4204 Riverwalk Parkway, Suite 250
Riverside, California 92505
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for Plaintiffs
KASANDRA W. HERBERT and M. B. H.,
a minor, by and through her Guardian Ad Litem,
OLGA GRABLE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASANDRA W. HERBERT and M. B. H., a minor, by and through her Guardian Ad Litem, OLGA GRABLE, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. <br> _____ | CASE NO.: 5:14-cv-00266-SP <br> [Assigned to Magistrate Judge Sheri Pym] <br><br> **[PROPOSED] ORDER RE: PETITION FOR APPROVAL OF MINOR'S COMPROMISE** <br><br> *Complaint filed on 10/31/13* <br> *Removed to USDC on 2/11/14* <br> *Consolidated Complaint: 1/20/17* |

## **[PROPOSED] ORDER**

The Court, having read and considered the Petition for Approval of Minor's Compromise, and the supporting declarations and attachments, and finding that distribution of the settlement proceeds as described in the Petition and accompanying Declaration of Douglas C. Smith is both fair and reasonable herein orders as follows:

IT IS HEREBY ORDERED that the settlement of the minor M.B.H's claims is approved, including the following distributions:

      A.    That the United States issue payment in the amount of $650,000 payable by check jointly to KASANDRA W. HERBERT; M.B.H., a minor, through her Guardian Ad Litem, OLGA GRABLE; and SMITH LAW OFFICES, LLP, in accord with the May 3, 2018 Settlement Agreement.

O:\Review\Pending Orders\Kasandra Herbert - Order re Minors Compromise.wpd   1

**[PROPOSED] ORDER RE: PETITION FOR APPROVAL OF MINOR'S COMPROMISE**

B.      That from these proceeds, M.B.H.'s proportionate settlement share shall be $400,000, of which $100,000 is to be paid to SMITH LAW OFFICES, LLP for its 25 percent contingency fee.  No litigation costs are to be deducted from the minor's share.

C.      That M.B.H.'s remaining balance of $300,000 shall be deposited into a certain trust account established for M.B.H. with Bank of America, Fayetteville, North Carolina (Account No. 237039037202) titled The M.B.H. Special Needs Trust), and be held in trust pursuant to that M.B.H. Special Needs Trust, dated August 31, 2018, and that was attached to the petition as Exhibit "A."  Said proceeds to be used only for the benefit of M.B.H. in accord with the terms of that trust.

D.      That no bond be required in serving as trustee of such funds.

DATED: November 1, 2018     _____

MAGISTRATE JUDGE SHERI PYM
United States District Magistrate Judge

O:\Review\Pending Orders\Kasandra Herbert - Order re Minors Compromise.wpd     2

**[PROPOSED] ORDER RE: PETITION FOR APPROVAL OF MINOR'S COMPROMISE**