NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB (Cal. Bar No. 137909)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASANDRA W. HERBERT and MBH, a minor, by and through her Guardian Ad Litem , OLGA GRABLE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. EDCV 14-0266 SP<br><br>Hon. Sheri Pym<br>Magistrate Judge |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and L.R. 7-1 of the Central District of California Local Rules, Plaintiffs KASANDRA W. HERBERT and MBH, a minor, by and through her Guardian Ad Litem, OLGA GRABLE, and Defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: 1/10, 2019

LAW OFFICES OF DOUG SMITH

DOUG SMITH

Attorneys for Plaintiff

Dated: January 3, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


/s/ Keith M. Staub
KEITH M. STAUB
Assistant United States Attorney

Attorneys for Defendant
United States of America

2